IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSE COGILL                                                                                              PLAINTIFF

v.                                       5:06CV00027JMM/HLJ

TROY WILSON, et al.,                                                                                  DEFENDANTS

MEMORANDUM AND ORDER

This matter is before the Court on defendants' motion for judgment on the pleadings, filed on March 26, 2007 (DE # 37).  By Order dated May 2, 2007, this Court directed plaintiff to respond to defendants' motion within fifteen days of the date of the Order.  The Court further advised plaintiff that failure to file such in accordance with the Court's directions would result in the dismissal without prejudice of his complaint.   As of this date, plaintiff has not filed a response to the defendants' motion.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of plaintiff's failure to respond to this Court's May 2, 2007 Order, the Court will dismiss the complaint without prejudice.  Accordingly,

IT IS, THEREFORE, ORDERED that this complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this __12__ day of __June_, 2007.

_____
United States District Judge