IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSE COGILL                                                                                          PLAINTIFF

v.                                          5:06CV00027JMM/HLJ

TROY WILSON, et al.,                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this  12  day of  June , 2007.

_____
United States District Judge